```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
SHEVY GOLD,                                              :
                              Plaintiff,                 :
                                                         :
        -against-                                        :    19-cv-11631 (VSB)
                                                         :
EQUIFAX INFORMATION SERVICES,                            :    **ORDER**
LLC, et al.                                              :
                              Defendants.                :
                                                         :
                                                         :
                                                         :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that Plaintiff and the remaining Defendant in this case, Experian Information Solutions, Inc., have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 16, 2020
        New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge